UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD JOSEPH MILLER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | Case No. 19-03758 BLF (PR)<br><br>**ORDER OF DISMISSAL; DENYING CERTIFICATE OF APPEALABILITY; GRANTING MOTION FOR LEAVE TO PROCEED** ***IN FORMA PAUPERIS*****; DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(Docket Nos. 2, 4) |

Petitioner, a California prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has filed a motion for leave to proceed *in forma pauperis*, (Docket No. 2), and a motion for appointment of counsel, (Docket No. 4).

**DISCUSSION**

A second or successive petition containing previously raised or new claims may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).

It appears that the instant habeas petition is second or successive because Petitioner

filed at least one prior habeas petition in this district, *see Miller v. Sherman*, Case No. 15-05226 BLF (PR), which challenged the same state conviction out of Sonoma County Superior Court for first degree murder and residential burglary in 2012, (case no. SCR598331). In the instant action, Petitioner again challenges the same conviction, (case no. SCR-598331) based on new evidence. (Docket No. 1 at 4.) Accordingly, this action is clearly a second or successive petition.

Before a second or successive petition may be filed in the district court, Petitioner must first obtain an order from the Ninth Circuit Court of Appeals authorizing this Court to consider a renewed challenge to his state conviction. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not presented such an order from the Ninth Circuit. (Docket No. 1.) Accordingly, the instant petition must be dismissed in its entirety as second and successive.

## CONCLUSION

For the foregoing reasons, the instant petition for a writ of habeas corpus is **DISMISSED** without prejudice as second and successive. Petitioner may file another petition challenging the same state conviction in this Court **if he obtains the necessary order from the Ninth Circuit.**

Petitioner's motion for leave to proceed *in forma pauperis* is **GRANTED**. (Docket No. 2.) Petitioner's motion for appointment of counsel is **DENIED** as moot. (Docket No. 4.)

No certificate of appealability is warranted in this case. *See* Rule 11(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 (requiring district court to rule on certificate of appealability in same order that denies petition). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529

U.S. 473, 484 (2000).

This order terminates Docket Nos. 2 and 4.

**IT IS SO ORDERED.**

Dated: November 20, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge