UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD JOSEPH MILLER,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 19-03758 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is **DISMISSED** without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: November 21, 2019**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.19\03758Miller_judgment